E-filing

| PROB 22(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:05CR02690-001BB |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR08-0007 CW |

FILED JAN -7 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Laticia Nicole McIllwain** | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable Bruce D. Black** | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/16/2007 — TO 02/15/2009 |

OFFENSE: Manufacturing Counterfeit Obligations and Securities of the United States, in violation of 18 U.S.C. § 471, and Aiding and Abetting in violation of 18 U.S.C. § 2.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-7-07

Date — *United States District Judge* (Bruce D. Black)

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 3 2008

Effective Date — *United States District Judge*