| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION  E-filing | DOCKET NUMBER (Tran. Court) 1:05CR02690-001BB |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Laticia Nicole McIllwain | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE Honorable Bruce D. Black | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/16/2007 | TO 02/15/2009 |

OFFENSE: Manufacturing Counterfeit Obligations and Securities of the United States, in violation of 18 U.S.C. § 471, and Aiding and Abetting in violation of 18 U.S.C. § 2.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-7-07
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 3 2008
Effective Date

*signature*
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 16 2005

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR 05 2690 |
| vs. | ) CRIMINAL NO. _____ |
| LATICIA NICOLE MCILLWAIN, a.k.a. Ticia McIllwain, | ) Count 1: 18 U.S.C. §§ 471, 2(a): Manufacturing Counterfeit Obligations and Securities of the United States: Aiding and Abetting; |
| Defendant. | ) Count 2: 18 U.S.C. §§ 472, 2(a): Uttering and Possessing Counterfeit Obligations and Securities of the United States: Aiding and Abetting; |
| | ) Count 3: 18 U.S.C. §§ 474, 2(a): Analog, Digital, or Electronic Images for Counterfeiting Obligations or Securities of the United States: Aiding and Abetting; |
| | ) 18 U.S.C. § 492, 28 U.S.C. § 2461(c): Criminal Forfeiture. |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about November 15, 2005, in Bernalillo County, in the State and District of New Mexico, the defendant, **LATICIA NICOLE MCILLWAIN, a.k.a. Ticia McIllwain**, did knowingly and with intent to defraud, falsely make, forge, counterfeit and alter obligations and other securities of the United States, to wit: three (3) five dollar

17

CERTIFIED a True Copy of the original filed in the office of the Clerk

by Patricia S. ___
   Deputy

($5.00) Federal Reserve Notes, bearing Serial Number DI11669040A, Series 2003, Check Letter Quadrant C, Q# 4, Front Plate C 13, Back Plate 4, Federal Reserve Bank I9; one (1) one-hundred dollar ($100.00) Federal Reserve Note, bearing Serial Number DB60195269D, Series 2003, Check Letter Quadrant B, Q# 4, Front Plate B 14, Back Plate 49, Federal Reserve Bank B2; three (3) twenty-dollar ($20.00) Federal Reserve Notes, bearing Serial Number CJ18285099A, Series 2001, Check Letter Quadrant D, Q# 4, Front Plate D 15, Back Plate 24, Federal Reserve Bank J10; two (2) ten-dollar ($10.00) Federal Reserve Notes, bearing Serial Number CB75604877A, Series 2001, Check Letter Quadrant C, Q# 4, Front Plate C 10, Back Plate 28, Federal Reserve Bank B2; two (2) one-dollar ($1.00) Federal Reserve Notes, bearing Serial Number F50250547K, Series 1999, Check Letter Quadrant D, Q# 4, Front Plate D 140, Back Plate 186, Federal Reserve Bank ATL; one (1) twenty-dollar ($20.00) Federal Reserve Note, bearing Serial Number CF63584448B, Series 2001, Check Letter Quadrant F, Q# 4, Front Plate F 49, Back Plate 44, Federal Reserve Bank F6.

In violation of 18 U.S.C. § 471; 18 U.S.C. § 2(a).

## COUNT 2

On or about November 15, 2005, in Bernalillo County, in the State and District of New Mexico, the Defendant, **LATICIA NICOLE MCILLWAIN, a.k.a. Ticia McIllwain,** did knowingly, and with intent to defraud, pass, utter, and publish a falsely made, forged, counterfeited, and altered obligation or other security of the United States to the La Quinta Inn, to wit: a twenty dollar ($20.00) Federal Reserve Note, bearing Serial Number CJ18285099A, Series 2001, Check Letter Quadrant D, Q# 4, Front Plate D 15,

Back Plate 24, Federal Reserve Bank J10, which she then knew to be falsely made, forged and counterfeited.

In violation of 18 U.S.C. §§ 472, 2(a).

### COUNT 3

On or about November 15, 2005, in Bernalillo County, in the State and District of New Mexico, the Defendant, **LATICIA NICOLE MCILLWAIN, a.k.a. Ticia McIllwain**, did knowingly, and with intent to defraud, make, scan, capture, reproduce, and had in her control, custody, and possession, a digital, and electronic image of any obligation and other security of the United States.

In violation of 18 U.S.C. §§ 474, 2(a).

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offense alleged in Counts 1-4 of this indictment, the Defendant, **LATICIA NICOLE MCILLWAIN, a.k.a. Ticia McIllwain**, shall forfeit to the United States, pursuant to 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), all counterfeit securities of the United States, and any material and apparatus used and fitted, and intended to be used, in the making of counterfeit obligations and other securities of the United States, including but not limited to the following:

1. COUNTERFEIT COINS, OBLIGATIONS AND SECURITIES
    a. three (3) five dollar ($5.00) Federal Reserve Notes, bearing Serial Number DI11669040A, Series 2003, Check Letter Quadrant C, Q# 4, Front Plate C 13, Back Plate 4, Federal Reserve Bank I9;
    b. one (1) one-hundred dollar ($100.00) Federal Reserve Note, bearing Serial Number DB60195269D, Series 2003, Check Letter

3

    Quadrant B, Q# 4, Front Plate B 14, Back Plate 49, Federal Reserve Bank B2;

c. three (3) twenty-dollar ($20.00) Federal Reserve Notes, bearing Serial Number CJ18285099A, Series 2001, Check Letter Quadrant D, Q# 4, Front Plate D 15, Back Plate 24, Federal Reserve Bank J10;

d. two (2) ten-dollar ($10.00) Federal Reserve Notes, bearing Serial Number CB75604877A, Series 2001, Check Letter Quadrant C, Q# 4, Front Plate C 10, Back Plate 28, Federal Reserve Bank B2;

e. two (2) one-dollar ($1.00) Federal Reserve Notes, bearing Serial Number F50250547K, Series 1999, Check Letter Quadrant D, Q# 4, Front Plate D 140, Back Plate 186, Federal Reserve Bank ATL;

f. one (1) twenty-dollar ($20.00) Federal Reserve Note, bearing Serial Number CF63584448B, Series 2001, Check Letter Quadrant F, Q# 4, Front Plate F 49, Back Plate 44, Federal Reserve Bank F6.

3. COMPUTERS, PRINTERS, AND OTHER DEVICES

  a. Partial ream of HP printer paper;

  b. Yellow 12" plastic ruler;

  c. Scissors with pink handles;

  d. Roll of Duck brand crystal clear tape;

  e. Six (6) brass wire brushes;

  f. Yellow nylon brush;

    g.    HP PSC 1401 All-In-One Printer/Scanner/Copier, serial number CN599260NR.

In violation of 18 U.S.C. § 492, 28 U.S.C. § 2461(c).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

December 9, 2005 (2:41pm)

AO 245B (Rev 12/03) Criminal Judgment Sheet 1

# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Laticia Nicole McIllwain** | Judgment in a Criminal Case<br><br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:05CR02690-001BB**<br>USM Number: 31858-051<br>Defense Attorney: **Susan Dunleavy** |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **Count I of Indictment**
☐ pleaded nolo contendere to count(s)
☐ after a plea of not guilty was found guilty on count(s)

The defendant is adjudicated guilty of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. Sec. 471, 2(a) | Manufacturing Counterfeit Obligations and Securities of the United States | 11/15/2005 | I |

The defendant is sentenced as specified in pages 2 through **5** of this judgment. The sentence is imposed under the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count .
☐ Count   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| **Bernalillo** | **June 29, 2006** |
| County of Residence | Date of Imposition of Judgment |
| | |
| | /s/ Bruce D. Black |
| | Signature of Judge |
| | |
| | **Honorable Bruce D. Black**<br>**United States District Judge** |
| | Name and Title of Judge |
| | |
| | **June 26, 2006** |
| | Date Signed |

CERTIFIED a True Copy of the
original filed in the office
of the Clerk
by Patricia S. [signature]
Deputy

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment                                               Judgment - Page 2 of 5

Defendant: **Laticia Nicole McIllwain**
Case Number: **1:05CR02690-001BB**

# IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 months**.

☒ The court makes these recommendations to the Bureau of Prisons:

**Fort Worth Federal Medical Center, Fort Worth, Texas, if eligible
Bryan, TX., if eligible.
The Court recommends the defendant participate in the Bureau of Prisons 500 hour drug and alcohol treatment program.**

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant must surrender to the United States Marshal for this district:
  ☐ at  on
  ☐ as notified by the United States Marshal.
☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Service Office.

# RETURN

I have executed this judgment by:

Defendant delivered on _____ to
_____ at _____ with a Certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
Deputy United States Marshal

AO 245B (Rev. 12/03) - Sheet 3 - Supervised Release                                                                    Judgment - Page 3 of 5

Defendant: **Laticia Nicole McIllwain**
Case Number: **1:05CR02690-001BB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **2 years** .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

- [ ] The above drug testing condition is suspended based on the courts determination that the defendant possesses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any dangerous weapon. (Check, if applicable).
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable).
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall obtain and maintain full time, legitimate employment, or attend a vocational or academic training program throughout the term of supervised release as directed by the probation officer;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

AO 245B (Rev. 12/03) Sheet 3                                                                                                   Judgment - Page 4 of 5

Defendant: **Laticia Nicole McIllwain**
Case Number: **1:05CR02690-001BB**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall not possess, have under her control, or have access to any firearm, ammunition, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

The defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement. The defendant may be required to pay a portion of the cost of treatment and/or drug testing as determined by the Probation Office.

The defendant must submit to a search of her person, property, or automobile under her control to ensure compliance with all conditions of supervision. She must inform any residents that the premises may be subject to a search.

The defendant must refrain from the use and possession of alcohol and other forms of intoxicants. She must not frequent places where alcohol is the primary item for sale.

The defendant must participate in and successfully complete a mental health treatment program, which may include outpatient counseling, residential placement, or prescribed medication as approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment as determined by the Probation Office.

The defendant will be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without prior approval of the probation officer.

The defendant must provide the probation officer access to any requested financial information, personal income tax returns, authorization for release of credit information, and other business financial information in which the defendant has a control or interest.

Case 4:08-cr-00007-CW   Document 2   Filed 01/22/2008   Page 11 of 16
Case 1:05-cr-02690-BB   Document 32   Filed 06/29/2006   Page 5 of 5

AO 245B (Rev.12/03) Sheet 5, Part A - Criminal Monetary Penalties                                                                 Judgment - Page 5 of 5

Defendant: **Laticia Nicole McIllwain**
Case Number: **1:05CR02690-001BB**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments.

☐  The Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100 | $-0- | $40.00 |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

A  ☒  In full immediately; or
B  ☐  $ immediately, balance due (see special instructions regarding payment of criminal monetary penalties).

**Special instructions regarding the payment of criminal monetary penalties: Criminal monetary penalties are to be made payable by cashier's check, bank or postal money order to the U.S. District Court Clerk, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102 unless otherwise noted by the court. Payments must include defendant's name, current address, case number and type of payment.**

**Pursuant to the Mandatory Restitution Act, it is further ordered that the defendant will make restitution to La Quinta Inn, 2424 San Mateo Blvd., Albuquerque, New Mexico, in the amount of $20.00.**

**Restitution to Keva Jice, 5010 Cutler NE, Suite C, Albuquerque, New Mexico, in the amount of $20.00.**

**The restitution will be paid in full to each business.**

**Consistent with a stipulation in the Plea Agreement, the defendant forfeits her rights, title, and interest in the following: 1) Three (3) $5.00 Federal Reserve Notes, bearing Serial Number DI11669040, Series 2003, Check Letter Quadrant C, Front Plate C 13, Back Plate 4, Federal Reserve Bank 19; 2) One (1) $100 Federal Reserve Note, bearing Serial Number DB60195269D, Series 2003, Check Letter Quadrant B, Front Plate B 14 Back Plate 49, Federal Reserve Bank B2; 3) Three (3) $20 Reserve Notes, bearing Serial Number CJ18285099A, Series 2001, Check Letter Quadrant D, Front Plate D 16, Back Plate 34, Federal Reserve Bank J10; 4) Three (3) $10 Federal Reserve Notes, bearing Serial Number CB75604877A, Series 2001, Check Letter Quadrant C, Front Plate C 10, Back Plate 28, Federal Reserve Bank B2; 5) Two (2) $1 Federal Reserve Notes, bearing Serial Number F502505747K, Series 1999, Check Letter Quadrant D, Front Plate D 140, Back Plate 186, Federal Reserve Bank ATL; 6) One (1) $10 Federal Reserve Note, bearing Serial Number CF63584448B, Series 2001, Check Letter Quadrant F, Front Plate F 49, Back Plate 44, Federal Reserve Bank F6; 7) Thirty-four (34) circ sheets bearing front/back images of United States currency. Additionally, the defendant shall forfeit the following: 1) Partial ream of HP printer paper 2) Yellow 12" plastic ruler 3) Scissors with pink handles 4) Role of Duck brand crystal clear tape 5) Six wire brushes 6) Yellow nylon brush 7) HP PSC 1401 All-in-one Printer/Scanner/Copier, serial number CN599260NR**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

TERMED

# U.S. District Court
## District of New Mexico - Version 3.0 (Albuquerque)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-02690-BB All Defendants
#### Internal Use Only

Case title: USA v. McIllwain  
Magistrate judge case number: 1:05-mj-00685

Date Filed: 12/16/2005  
Date Terminated: 06/29/2006

Assigned to: District Judge Bruce D. Black

### Defendant

**Laticia Nicole McIllwain (1)**  
*TERMINATED: 06/29/2006*

represented by **Susan B Dunleavy**  
Federal Public Defender  
111  
Albuquerque, NM 87102  
(505) 346-2489  
Fax: (505) 346-2494  
Email: susan_dunleavy@fd.org  
*TERMINATED: 06/29/2006*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:471: MANUFACTURING COUNTERFEIT OBLIGATIONS AND SECURITIES OF THE UNITED STATES and 18:2: AIDING AND ABETTING  
(1)

### Disposition

SENTENCE IMPOSED: CBOP-15 months; supervised release-2 years with special conditions; Restitution-$20.00 to La Quinta Inn, $20.00 to Keva Juice; SPA-$100; deft in custody

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:472: UTTERING AND POSSESSING COUNTERFEIT OBLIGATIONS AND SECURITIES OF THE UNITED STATES and 18:2: AIDING AND ABETTING  
(2)

18:474: ANALOG, DIGITAL, OR ELECTRONIC IMAGES FOR

### Disposition

DISMISSED

DISMISSED

CERTIFIED a True Copy of the original filed in the office of the Clerk  
by Patricia J. ___  
Deputy

COUNTERFEITING OBLIGATIONS OR
SECURITIES OF THE UNITED
STATES, 18:2: AIDING AND
ABETTING; and 18:492, 28:2461(C):
CRIMINAL FORFEITURE
(3)

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Third Party Custodian

**La Pasada Halfway House**   represented by   **La Pasada Halfway House**
Las Pasada Halfway House
2206 Fourth NW
Albuquerque, NM 87102
PRO SE

### Plaintiff

**USA**   represented by   **Amy Sirignano**
Email: amy.sirignano@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2008 | 33 | Probation Jurisdiction Transferred to Northern District of California as to Laticia Nicole McIllwain. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (pz) (Entered: 01/17/2008) |
| 12/13/2006 | | JUDGMENT returned executed as to defendant Laticia Nicole McIllwain on 11/28/06; deft delivered to Bryan, TX (vv) (Entered: 12/13/2006) |
| 06/29/2006 | 32 | JUDGMENT by District Judge Bruce D. Black for defendant Laticia Nicole McIllwain (distribution as required) * (vv) (Entered: 06/29/2006) |
| 06/29/2006 | 31 | CLERK'S MINUTES: before District Judge Bruce D. Black sentencing Laticia Nicole McIllwain (1) count(s) 1. SENTENCE IMPOSED: CBOP-15 months; supervised release-2 years with special conditions; Restitution-$20.00 to La Quinta Inn, $20.00 to Keva Juice; SPA-$100; deft in custody, dismissing count 2, 3, case terminated C/R: J Bean * (vv) (Entered: 06/29/2006) |

| | | |
|---|---|---|
| 06/14/2006 | 30 | ARREST Warrant returned executed as to defendant Laticia Nicole McIllwain ; defendant arrested on 2/8/06 (sl) (Entered: 06/15/2006) |
| 06/07/2006 | 29 | NOTICE of Hearing for defendant Laticia Nicole McIllwain sentencing is set for 6/29/06 @ 10:00 am before Judge Black in Albuquerque, NM (cc: all counsel*) (bap) (Entered: 06/07/2006) |
| 03/27/2006 | 28 | CLERK'S MINUTES: before Magistrate Judge W. D. Schneider Laticia Nicole McIllwain enters guilty plea to count 1 of indictment; sentencing to be notified; deft in custody Tape #: FTR Gila 9:18 am * (vv) (Entered: 03/27/2006) |
| 03/27/2006 | 27 | PLEA AGREEMENT as to Laticia Nicole McIllwain (vv) (Entered: 03/27/2006) |
| 03/27/2006 | 26 | CONSENT to proceed before Magistrate by Laticia Nicole McIllwain to accept a plea (vv) (Entered: 03/27/2006) |
| 03/16/2006 | 25 | NOTICE of Hearing for defendant Laticia Nicole McIllwain change of plea set for 3/27/06 at 9:00 am before Magistrate Judge Schneider (cc: all counsel) * (vv) (Entered: 03/16/2006) |
| 03/02/2006 | 24 | ORDER of Detention of Laticia Nicole McIllwain pending Trial by Magistrate Judge Robert H. Scott * (vv) (Entered: 03/02/2006) |
| 03/02/2006 | 23 | DISCOVERY ORDER by Magistrate Judge Robert H. Scott (cc: all counsel) * (vv) (Entered: 03/02/2006) |
| 03/02/2006 | 22 | CLERK'S MINUTES: before Magistrate Judge Robert H. Scott case reassigned from unassigned to District Judge Bruce D. Black , dft Laticia Nicole McIllwain arraigned; not guilty plea entered; Attorney S Dunleavy present; Tape #: FTR Hondo 9:46 am * (vv) (Entered: 03/02/2006) |
| 03/01/2006 | 21 | ORDER of temporary detention pending hrg by Magistrate Judge Richard L. Puglisi (cc: all counsel*) (jrm) (Entered: 03/01/2006) |
| 02/28/2006 | 20 | CLERK'S MINUTES: before Magistrate Judge Richard L. Puglisi first appearance of Laticia Nicole McIllwain on initial; detention/arraignment set for 3/2/06 @ 9:30 a.m., before Judge Scott , restart P2 Tape #: FTR Cimarron @ 10:19 a.m.* (pr) (Entered: 03/01/2006) |
| 02/28/2006 | 19 | MOTION for detention by USA as to Laticia Nicole McIllwain * (vv) (Entered: 02/28/2006) |
| 02/14/2006 | 18 | RULE 40 Documents received from Texas [Northern] as to Laticia Nicole McIllwain [docket sheet, report of proceeding, waiver of Rule 5 hrg, mtn for detention, order appointing FPD, financial affidavit] (vv) (Entered: 02/14/2006) |
| 02/08/2006 | | (Court only) Docket Modification (Utility Event) XF-deft transferred from other district; Rule 40) (pr) (Entered: 03/01/2006) |
| 02/08/2006 | | ARREST Warrant returned executed as to deft Laticia Nicole McIllwain; deft arrested on 2/8/06 in Dallas, TX (Rule 40) (pr) (Entered: 03/01/2006) |
| 12/16/2005 | | ARREST Warrant issued for Laticia Nicole McIllwain (mlg) (Entered: 12/19/2005) |

| | | |
|---|---|---|
| 12/16/2005 | 17 | INDICTMENT by USA Amy Sirignano. Counts filed against Laticia Nicole McIllwain (1) count(s) 1, 2, 3 (mlg) (Entered: 12/19/2005) |
| 12/15/2005 | | BENCH Warrant issued for Laticia Nicole McIllwain for failure to appear for Felony Plea hearing set on 12/12/05 before Chief Magistrate Judge Lorenzo F. Garcia [ 1:05-m -685 ] (dds) (Entered: 12/15/2005) |
| 12/12/2005 | 16 | CLERK'S MINUTES: before Chief Magistrate Lorenzo F. Garcia Deft not present; Court issues Bench Warrant Tape #: FTR-Pecos @ 10:41 am [ 1:05-m -685 ] (mlg) Modified on 12/14/2005 (Entered: 12/12/2005) |
| 12/08/2005 | | ARREST Warrant issued for Laticia Nicole McIllwain [ 1:05-m -685 ] (mk) (Entered: 12/08/2005) |
| 12/08/2005 | 15 | PETITION for action on conditions of pretrial release [ 1:05-m -685 ] (mk) (Entered: 12/08/2005) |
| 12/08/2005 | 14 | NOTICE of Hearing for defendant Laticia Nicole McIllwain change of plea is set for 12/12/05 at 10:30 am before Chief Magistrate Judge Garcia (cc: all counsel)* [ 1:05-m -685 ] (mk) (Entered: 12/08/2005) |
| 12/06/2005 | 13 | ORDER by Magistrate Judge Don J. Svet setting conditions of release for Laticia Nicole McIllwain adding defendant La Pasada Halfway House RELEASED [ 1:05-m -685 ] (mlg) (Entered: 12/06/2005) |
| 12/06/2005 | 12 | CLERK'S MINUTES: before Magistrate Judge Don J. Svet re bail review on deft's motion [9-1]; Court grants motion; deft released to Halfway House w/conditions Tape #: FTR-Gila Courtroom @ 8:59 am [ 1:05-m -685 ] (mlg) (Entered: 12/06/2005) |
| 12/05/2005 | 11 | RESPONSE by plaintiff USA to deft McIllwain's motion for reconsideration of detention order [9-1] [ 1:05-m -685 ] (mk) (Entered: 12/05/2005) |
| 12/01/2005 | 10 | NOTICE of Hearing for deft Laticia Nicole McIllwain setting deft's motion for reconsideration of detention order [9-1] at 9:00 a.m. on 12/6/05 before Magistrate Judge Don J. Svet, Gila Courtroom (cc: all counsel) * [ 1:05-m -685 ] (mlg) (Entered: 12/01/2005) |
| 11/29/2005 | 9 | MOTION for reconsideration of detention order by Laticia Nicole McIllwain [ 1:05-m -685 ] (mlg) (Entered: 11/29/2005) |
| 11/17/2005 | 8 | WAIVER of preliminary hearing by Laticia Nicole McIllwain [ 1:05-m -685 ] (mlg) Modified on 11/28/2005 (Entered: 11/18/2005) |
| 11/17/2005 | 7 | ORDER of Detention of Laticia Nicole McIllwain pending Trial by Magistrate Judge Don J. Svet * [ 1:05-m -685 ] (mlg) (Entered: 11/18/2005) |
| 11/17/2005 | 6 | CLERK'S MINUTES: before Magistrate Judge Don J. Svet Deft waives preliminary hearing; Court detains deft based on past failures to appear and outstanding warrant Tape #: DJS-05-27 [ 1:05-m -685 ] (mlg) (Entered: 11/18/2005) |
| 11/16/2005 | 5 | ORDER by Magistrate Judge Robert H. Scott for defendant Laticia Nicole McIllwain appointing Assistant Federal Public Defender Susan Bronstein Dunleavy (cc: all counsel) * [ 1:05-m -685 ] (mlg) (Entered: 11/17/2005) |

| 11/16/2005 | 4 | ORDER by Magistrate Judge Robert H. Scott temporarily detaining deft (cc: all counsel) * [ 1:05-m -685 ] (mlg) (Entered: 11/17/2005) |
|---|---|---|
| 11/16/2005 | 3 | CLERK'S MINUTES: before Magistrate Judge Robert H. Scott first appearance of Laticia Nicole McIllwain on Complaint Court appoints Attorney for deft; detention/preliminary hearing set 11/17/05 at 9:30 a.m.; deft remains in custody Tape #: RHS-05-37 [ 1:05-m -685 ] (mlg) (Entered: 11/17/2005) |
| 11/16/2005 | 2 | MOTION for detention hearing by USA as to Laticia Nicole McIllwain [ 1:05-m -685 ] (kd) (Entered: 11/16/2005) |
| 11/16/2005 |   | DEFENDANT Laticia Nicole McIllwain arrested [ 1:05-m -685 ] (mk) (Entered: 11/16/2005) |
| 11/16/2005 | 1 | CRIMINAL COMPLAINT by USA . naming Laticia Nicole McIllwain by Magistrate Judge Robert H. Scott [ 1:05-m -685 ] (mk) (Entered: 11/16/2005) |