LaTicia N. Mcillwain

2032 Clinton Ave.

Alameda, CA 94501



**FILED**

JUL 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

For the District of New Mexico            08-0007-CW

United States of America,                 Case no.  CR 05-2690-BB

Vs.                                        Ex Parte
LaTicia Mcillwain                          Petition for modification
                                           Of Supervised Release

    COMES NOW, LaTicia Mcillwain, Defendant-Petitioner, filing pro se, with Petition for Modification Of Supervised Release, pursuant to Title 18 U.S.C S3583 (e) (1) of the United States Codes.

### Statement of the Facts

    LaTicia Mcillwain was arrested on November 15, 2005, and served fifteen (15) months for Aiding and abetting Counterfeit Obligations. To follow incarceration, the District Court imposed a term of two (2) years Supervised Release. LaTicia Mcillwain has served her term of incarceration and fifteen (15) months of Supervised Release.

    The Defendant-Petitioner, hereby submits the following information for modification of Supervised Release, to wit.

## Mitigating Information

WHEREAS the Defendant-Petitioner, LaTicia Mcillwain;

1. Has maintained steady employment as a Team manager for GMR Marketing. Attached is a copy of my letter offer for the year 2008.
2. Has exceeded expectations in rejoining a productive society. Attached is a reference letter from my therapist recommending early release.
3. Has been a model probationer. Comment made by United States Probation officer, John D. Woods.
4. Donated money to Blake Webber who is an AIDS advocate and is in the bike ride to raise money for this important cause.

THEREFORE, LaTicia Mcillwain requests this court take into consideration the above mentioned information and terminate this term of supervised release before expiration.

DATED: June 11, 2008

Respectfully,

*[signature]*
LaTicia Mcillwain
Defendant-Petitioner

## Proof of Service

I, LaTicia Mcillwain, the Defendant-Petitioner, certify that a copy of this Petition For Modification of Supervised Release, was placed in the U.S. Mail on June 11, 2008, to be delivered to:

Honorable Judge Black
333 Lomas Blvd. NW Suite 180
Albuquerque, NM 87102

*[signature]*
LaTicia Mcillwain

December 21, 2007

The way to live marketing ▶▶ 

Ticia McLllwain
2032 Clinton Ave
Alameda, CA 94501

Dear Ticia:

On behalf of GMR Marketing we are pleased that you have decided to continue with the GMR team. We believe that your experience is a valuable asset to GMR. This letter will confirm the verbal offer you discussed earlier with Christy Gramza, and provide other details about the offer of employment.

Your new position is a Team Manager for the PM AMP/ VG Blend 07 Field promotion with a starting date of January 1, 2008 and a starting pay rate of $760.61 per week. Payroll is processed on a bi-weekly basis being every other Friday.

You are also eligible for the health, dental, vision, flexible spending, life and disability benefits following 90 consecutive days of employment. Enrollment information will be sent from "myHR Service Center" to your GMR email address within one month of your hire date.

Your direct supervisor is Alex Beer.

For your reference, some of your specific responsibilities are listed below.

- Report directly to General Market Manager and GMR Account Team.
- Responsible for proper event execution and upholding MSA standards in market.
- Responsible for proper inventory and reporting of event activities.
- Oversee merchandisers during event execution.
- Other duties as assigned.

1. This offer of employment is subject to the following conditions:

    a. You must pass a drug test at the authorized GMR laboratory. Information about making arrangements for the test is enclosed.

    b. You must consent to GMR checking your criminal and driving records. An authorization is enclosed.

2. GMR, in its sole discretion, must be satisfied with your history.

Charlotte
Chicago
Dallas
Detroit
Los Angeles
Milwaukee
New York
San Francisco
Seattle
Toronto

GMR Marketing LLC
5000 South Towne Drive
New Berlin, WI 53151
ph | 262.786.5600
fx | 262.786.0697
www.gmrlive.com

A RADIATE GROUP COMPANY

3.  Please remember that your employment at GMR is "at will." This means that either you or GMR has the right to terminate employment at any time, with or without reason, so long as there is no violation of applicable federal or state law.

4.  Two copies of this letter are enclosed. If you wish to accept this offer of employment, please return one signed copy in the enclosed envelope. The second copy is for you to keep. If you wish to decline this offer, please contact me directly.

**Please complete and return all the enclosed paperwork within 48 hours, as well as complete your drug screen and/or physical (if applicable). EMPLOYMENT CANNOT BEGIN UNTIL DRUG SCREEN HAS BEEN COMPLETED, WITH ALLOWING TIME FOR RESULTS TO BE RECEIVED. If this is not done within the allotted time frame we will rescind your offer of employment, unless extended by GMR. Should you have any questions or problems regarding the requirements stated above, please contact myself to make arrangements if necessary.**

We look forward to you continuing with GMR and working with you in the future. Please do not hesitate to call me should you have any questions or concerns.

Sincerely,

*L. Michaud*

Lauren Michaud
Recruiting Assistant

I have read and accept this conditional offer of employment.

_____
Ticia McLIlwain                    Date



# EAST BAY COMMUNITY RECOVERY PROJECT

**MAILING ADDRESS:**
2551 SAN PABLO AVE.
OAKLAND, CA 94612

*Administration*
2579 San Pablo Ave.
Oakland, CA 94612
540.446.7100 Main
510.446.7191 Fax

**SERVICE SITES:**
*Health Services*
2551 San Pablo Ave.
Suite 222
Oakland, CA 94612
510.446.7120 Main
510.268.0550 Fax

*Hayward Outpatient Services*
22971 Sutro Street #A
Hayward, CA 94541
510.728.8600 Main
510.728.8605 Fax

*Outpatient Day Treatment and Criminal Justice Programs*
2577 San Pablo Ave.
Oakland, CA 94612
510.446.7180 Main
510.832.0609 Fax

*Residential Services Project Pride*
2551 San Pablo Ave.
Suite 223
Oakland, CA 94612
510.446.7150 Main
510.832.0626 Fax

www.ebcrp.org

John. D. Woods
1301 Clay St.
Oakland, CA. 94612-5208

Dear Mr. Woods,

    I am the therapist at the East Bay Recovery Project who has been meeting with Laticia Mcillwain since 8/13/07. She has asked that I write to you regarding my opinion on early release from Supervised Probation.

    During the four months that we have worked together, I have seen marked improvement in her attitude and behavior. When we first met, Laticia was taking prescription Valium on a daily basis to control her anxiety, and suffered from low grade depression, as well.

    Over the period of therapy sessions, she stopped taking Valium and has learned to control her anxiety through a more positive approach involving some cognitive behavioral techniques. She has learned to substitute more positive thoughts for previously anxiety producing ones, and has engaged in positive health behaviors including working out at a health club, and watching her diet. Her depression has lifted, and her attitude has become more positive.

    Laticia has obtained an interesting job, which she looks forward to engaging in. She is employed as a Team Leader for GMR Marketing, and has brought in pay stubs documenting her employment. She has a positive support system in the form of friends and a domestic partner whom she cares about. Given her improved coping strategies, positive support system, and steady employment, I believe she is at low risk of recidivism. Her prior offense was of a non-violent nature, and she has shown no signs of violence during our sessions. As such, I am fairly confident in recommending early release from Supervised Probation.

    Of the many clients that I deal with, my feeling is that Laticia has one of the more promising prognosis. Depending on her motivation level, she has the intelligence and ability to further her education and vocational status. It has been a pleasure working with her, and I wish her success in future endeavors.

                              Very truly,

                                Marilyn Brodersen, MFT



**E B C R P**

East Bay Community Recovery Project
www.ebcrp.org

**MAILING ADDRESS:**
2551 SAN PABLO AVE.
OAKLAND, CA 94612

*Administration*
2579 San Pablo Ave.
Oakland, CA 94612
540.446.7100 Main
510.446.7191 Fax

**SERVICE SITES:**
*Health Services*
2551 San Pablo Ave.
Suite 222
Oakland, CA 94612
510.446.7120 Main
510.268.0550 Fax

*Hayward Outpatient Services*
22971 Sutro Street #A
Hayward, CA 94541
510.728.8600 Main
510.728.8605 Fax

*Outpatient Day Treatment and Criminal Justice Programs*
2577 San Pablo Ave.
Oakland, CA 94612
510.446.7180 Main
510.832.0609 Fax

*Residential Services Project Pride*
2551 San Pablo Ave.
Suite 223
Oakland, CA 94612
510.446.7150 Main
510.832.0626 Fax

J.D. Woods
U.S. Probation Office
Northern District of CA.
1301 Clay st.
Oakland,,CA.94612

Dear Mr. Woods, I have been seeing laticia McIllwain for therapy sessions since 8/13/07. To date, she has made significant progress, has a full-time job, clean drug tests, and a stable domestic relationship.

It is recommended that therapy sessions be changed from weekly to every other week, since it is felt that weekly sessions are no longer needed.If you are in agreement, I would like to cut sessions down to the first and third Tues. of the month, effective March 1,2008. Please notify my supervisor, John Jennings, at the EBCRP if this is agreeable.

Very truly,

Marilyn Brodersen,MFT